STATE OF NEW JERSEY v. ROBERT LOUIS GIBSON.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LOUIS GIBSON.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS E. FIELDS.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD WOODHOUSE.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL REDDICE.

October 16, 1984.

Petition for certification denied.